IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*Filed Electronically*

| | |
|---|---|
| DENNIS TOOLEY, )<br>an individual, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>J & A S MADISON, LLC, )<br>An Indiana Limited Liability Company, )<br> )<br>    Defendant. ) | Case No.: 1:18-cv-01724-SEB-DLP |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

By agreement of the parties, and the Court being sufficiently advised and having considered same,

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted in the foregoing action against J & A S Madison, LLC are DISMISSED WITH PREJUDICE, with the parties bearing their own costs and attorneys' fees.

This _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

**AGREED TO; TO BE ENTERED:**

/s/ Louis Mussman (w/permission)
Eric C. Bohnet (#24761-84)
6617 Southern Cross Drive
Indianapolis, IN  46237
ebohnet@gmail.com

Louis I. Mussman (#597155)
Ku & Mussman P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL  33029
louis@kumussman.com

COUNSEL FOR PLAINTIFF

/s/ Elizabeth S. Muyskens
Richard G. Griffith
Elizabeth S. Muyskens
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY  40507-1801
rick.griffith@skofirm.com
elizabeth.muyskens@skofirm.com

COUNSEL FOR DEFENDANT